JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAROLD RICHARDSON, ) | Case No. LA CV 15-3228 JAK (JCG) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| JOHN McMAHANN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: 7/2/15

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE